

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2022

No. 04-22-00472-CV

Jonathan **EADES** and Saint Mary's Hall, Inc.,
Appellants

v.

Jane **DOE** 1; M.D.L., Individually and as Next Friend of John Doe 1, a Minor; V.S., Individually
and as Next Friend of Jane Doe 2; and John Doe 2,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-00552
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due October 7, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court